# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133828 & (16)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROGER JENSEN,
        Plaintiff-Appellee,

v

COCA COLA ENTERPRISES, INC.,
        Defendant-Appellant.

SC: 133828
COA: 272641
WCAC: 04-000424

_____/

On order of the Court, the application for leave to appeal the March 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for miscellaneous relief is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

                                Clerk

t0723